

United States District Court
Eastern District of California

WHCF Galt Eillend GP, Inc.

Plaintiff(s)

V.

Cent. Valley Coalition for Affordable Hous.

Defendant(s)

Case Number:  2:22-cv-00986-TLN-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Louis E. Dolan, Jr. _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiff WHCF Galt Eillend GP, Inc.

On _____08/05/1994_____ (date), I was admitted to practice and presently in good standing in the
_____District of Columbia Court of Appeals_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
Two concurrent applications, to appear and participate in case numbers 2:22-cv-00982-TLN-DB
and 2:22-cv-00985-JAM-DB.

Date:_____06/07/2022_____          Signature of Applicant: /s/ Louis E. Dolan, Jr. _____

**Pro Hac Vice Attorney**

Applicant's Name: Louis E. Dolan, Jr.

Law Firm Name: Nixon Peabody LLP

Address: 799 9th Street NW, Suite 500

City: Washington    State: DC    Zip: 20001-5327

Phone Number w/Area Code: (202) 585-1338

City and State of Residence: Leesburg, VA

Primary E-mail Address: ldolan@nixonpeabody.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew A. Richards

Law Firm Name: Nixon Peabody LLP

Address: One Embarcadero Center, 32nd Floor

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 984-8200    Bar # 233166

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/16/2022

_____
JUDGE, U.S. DISTRICT COURT